[No. 46293-1-II.   Division Two.   July 7, 2015.]

U.S. Bank National Association, *as Trustee, Respondent*, v. Maxim Lissak, *Appellant*.

*Affirmed* by unpublished opinion per Sutton, J., concurred in by Johanson, C.J., and Bjorgen, J.

[No. 46334-2-II.   Division Two.   July 7, 2015.]

Anthony Davis, *Appellant*, v. Tacoma School District, *Respondent*.

*Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 46469-1-II.   Division Two.   July 7, 2015.]

The State of Washington, *Respondent*, v. Joel Derek Edwards, *Appellant*.

*Reversed* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Maxa and Sutton, JJ.

[No. 46514-1-II.   Division Two.   July 7, 2015.]

The State of Washington, *Respondent*, v. Joel P. Reesman, *Appellant*.

*Reversed* and *remanded* by unpublished opinion per Maxa, J., concurred in by Worswick and Melnick, JJ.